Exhibit 2

Charted Claims

Non-Method Claim: 1

| US8788360 | HMD Global's Nokia 3.4 ("The Accused Product") |
|---|---|
| 1. A system for processing a wireless request over a network based on a human-perceptible advertisement for advertising to consumers a product or service offered by a vendor, the advertisement attached with at least one radio frequency identification (RFID) tag, the at least one RFID tag being configured to transmit a wireless identification transmission signal representing information | The accused product utilizes a system (e.g., NFC System: NFC feature to read NFC tag information ) for processing a wireless request (e.g., user requesting access to NFC Tag information by clicking the contents, websites/web address, online services, business car or calling someone) over a network based on a human-perceptible advertisement for advertising to consumers a product or service (e.g.,  contents, websites/web address, online services, business car or calling someone from an NFC tag information) offered by a vendor, the advertisement (e.g.,  contents, websites/web address, online services, business car or calling someone from an NFC tag information) attached with at least one radio frequency identification (RFID) tag (e.g., near field communication (NFC) tags), the at least one RFID tag (e.g., near field communication (NFC) tags) being configured to transmit a wireless identification transmission signal (e.g., NFC tag information) representing information pertaining to the product or service (e.g., contents, websites/web address, online services, business car or calling someone from an NFC tag information) offered by a vendor comprising:<br><br>As shown below, HMD Global's Nokia 3.4 with an NFC feature allows user to read (i.e., processing a wireless request) near field communication (NFC) tags that contain tag information about contents, websites, online services or to call someone (e.g., advertising to consumers a product or service) over a network. |

pertaining to the product or service offered by a vendor comprising:



https://www.hmd.com/en_us/support/nokia-3-4-user-guide/nfc



Smartphones    Feature phones    Tablets    Accessories    Offers    For business

HMD

## NFC

Explore the world around you. If your phone supports Near Field Communication (NFC), you can tap accessories to connect to them, and tap tags to call someone or open a website. The NFC functionality can be used with some specific services and technologies like tap to pay with your device. These services might not be available in your region. For additional info about the availability of these services, contact your network service provider.

Get started with NFC

1. Tap Settings › Connected devices › Connection preferences › NFC.
2. Switch NFC on.

Before using NFC, make sure the screen and keys are unlocked.

### Read NFC tags

To read a tag, tap the tag with the NFC area of your phone.

Get started

Basics

Connect with your friends and family

Camera

Internet and connections

Activate Wi-Fi

Browse the web

Bluetooth®

https://www.hmd.com/en_us/support/nokia-3-4-user-guide/nfc

## NFC

Explore the world around you. If your phone supports Near Field Communication (NFC), you can tap accessories to connect to them, and tap tags to call someone or open a website. The NFC functionality can be used with some specific services and technologies like tap to pay with your device. These services might not be available in your region. For additional info about the availability of these services, contact your network service provider.

a radio frequency identification reader configured to transmit a signal to the at least one RFID tag

response from the at least one RFID tag

### Get started with NFC

Switch on the NFC features in your phone, and start tapping to share stuff or connect to devices. To see if your phone supports NFC, tap Settings > Connected devices > Connection Preferences .

With NFC, you can:

- Connect to compatible Bluetooth accessories that support NFC, such as a headset or a wireless loudspeaker.

- Tap tags to get more content for your phone, or to access online services.

- Pay with your phone, if supported by your network service provider.

The NFC area is on the back of your phone. Tap other phones, accessories, tags, or readers with the NFC area.

https://www.hmd.com/en_us/support/api/pdf/nokia-3-4-user-guide



The NFC area is on the back of your phone. Tap other phones, accessories, tags or readers with the NFC area.

the mobile ordering device comprising a radio frequency identification reade

radio frequency identification (RFID) tag

1. Tap Settings > Connected devices > Connection preferences > NFC.

2. Switch NFC on.

Before using NFC, make sure the screen and keys are unlocked.

**Read NFC tags**   the advertisement attached with at least one radio frequency identification (RFID) tag

NFC tags can contain info, such as a web address, a phone number, or a business card. The info you want is just a tap away.

To read a tag, tap the tag with the NFC area of your phone.

**Note**: Payment and ticketing apps and services are provided by third parties. HMD Global does not provide any warranty or take any responsibility for any such apps or services including support, functionality, transactions, or loss of any monetary value. You may need to reinstall and activate the cards you have added as well as the payment or ticketing app after repair of your device.

https://www.hmd.com/en_us/support/api/pdf/nokia-3-4-user-guide

# Near Field Communication Technology Standards

When developing near field communication devices and new technology, NFC standards must be met. Standards exist to ensure all forms of near field communication technology can interact with other NFC compatible devices and will work with newer devices in the future. Two major specifications exist for NFC technology: ISO/IEC 14443 and ISO/IEC 18000-3. The first defines the ID cards used to store information, such as that found in NFC tags. The latter specifies the RFID communication used by NFC devices.

ISO/IEC 18000-3 is an international standard for all devices communicating wirelessly at the 13.56MHz frequency using Type A or Type B cards, as near field communication does. The devices must be within 4cm of each other before they can transmit information. The standards explain how a device and the NFC tag it is reading should communicate with one another. The device is known as the interrogating device while the NFC tag is simply referred to as the tag.

http://nearfieldcommunication.org/technology.html

The two devices create a high frequency magnetic field between the loosely coupled coils in both the interrogating device and the NFC tag. Once this field is established, a connection is formed and information can be passed between the interrogator and the tag. The interrogator sends the first message to the tag to find out what type of communication the tag uses, such as Type A or Type B. When the tag responds, the interrogator sends its first commands in the appropriate specification.

The tag receives the instruction and checks if it is valid. If not, nothing occurs. If it is a valid request, the tag then responds with the requested information. For sensitive transactions such as credit card payments, a secure communication channel is first established and all information sent is encrypted.

NFC tags function at half duplex while the interrogator functions at full duplex. Half duplex refers to a device that can only send or receive, but not both at once. Full duplex can do both simultaneously. A NFC tag can only receive or send a signal, while the interrogating device can receive a signal at the same time it sends a command. Commands are transmitted from the interrogator using PJM (phase jitter modulation) to modify the surrounding field and send out a signal. The tag answers using inductive coupling by sending a charge through the coils in it. Meeting theses specifications ensures all NFC devices and tags can communicate effectively with one another.

| | |
|---|---|
| | http://nearfieldcommunication.org/technology.html<br><br>ISO/IEC 18000-63:2013 specifies the physical and logical requirements for a passive-backscatter, Interrogator-Talks-First (ITF) systems. The system comprises Interrogators, also known as readers, and tags, also known as labels. An Interrogator receives information from a tag by transmitting a continuous-wave (CW) RF signal to the tag; the tag responds by modulating the reflection coefficient of its antenna, thereby backscattering an information signal to the Interrogator. The system is ITF, meaning that a tag modulates its antenna reflection coefficient with an information signal only after being directed to do so by an Interrogator.<br><br>ISO/IEC 18000-63:2013 contains Type C.<br><br>Type C uses PIE in the forward link and a random slotted collision-arbitration algorithm.<br><br>ISO/IEC 18000-63:2013 specifies<br>https://www.iso.org/standard/59643.html |
| mobile ordering device of a human consumer who perceives the human-perceptible advertisement, the mobile | The accused product is a mobile ordering device (e.g., HMD Global's Nokia 3.4) of a human consumer who perceives the human-perceptible advertisement (e.g.,  contents, websites/web address, online services, business car or calling someone from an NFC tag information), the mobile ordering device (e.g., HMD Global's Nokia 3.4) comprising a radio frequency identification reader (e.g., NFC Reader on the back of the phone) configured to transmit a signal (e.g., transmitting a continuous-wave (CW) RF signal for reading the NFC tag information by taping the NFC area on the back of the phone to a tag) to the at least one RFID tag (e.g., near field communication (NFC) tags) attached with the advertisement (e.g.,  contents, websites/web address, online services, business |

| | |
|---|---|
| ordering device comprising a radio frequency identification reader configured to transmit a signal to the at least one RFID tag attached with the advertisement and to receive in response from the at least one RFID tag the wireless identification transmission signal corresponding to the advertisement and representing information pertaining to the product or service offered by the vendor, the mobile ordering device further | car or calling someone from an NFC tag information) and to receive in response from the at least one RFID tag (e.g., near field communication (NFC) tags) the wireless identification transmission signal (e.g., NFC Tag information) corresponding to the advertisement (e.g., contents, websites/web address, online services, business car or calling someone from an NFC tag information), the mobile ordering device (e.g., HMD Global's Nokia 3.4) and representing information pertaining to the product or service (e.g. contents, websites/web address, online services, business car or calling someone from an NFC tag information) offered by the vendor, the mobile ordering device (e.g., HMD Global's Nokia 3.4) further configured to accept input  from a consumer, generate an electronic request (e.g., user requesting access to NFC Tag information by clicking the contents, websites/web address, online services, business car or calling someone) with the received information from the wireless identification transmission signal (e.g., NFC Tag information) and communicate the request (e.g., user requesting access to NFC Tag information by clicking the contents, websites/web address, online services, business car or calling someone) to and receive a response (e.g., rendering information in response to clicking the contents, websites/web address, online services, business car or calling someone from an NFC tag) from a commerce data system (e.g., appropriate app or websites associated with the contents, websites/web address, online services, business car or calling someone from an NFC tag) across a network.
|
| | As shown below, HMD Global's Nokia 3.4 with an NFC feature allows user to read (i.e., processing a wireless request) near field communication (NFC) tags that contain tag information about contents, websites, online services or to call someone (e.g., advertising to consumers a product or service) over a network. The HMD Global's Nokia 3.4 is equipped with NFC area on the back of the phone ( Interrogator/reader or radio frequency identification reader) to which the user can provide a request for reading tag information about contents, websites/web address, online services, business car or calling someone from an NFC tag from an NFC tag by touching the back of the device (NFC Reader) near an NFC tag (RFID Tag). The NFC tags respond to the request by providing the tag information to the mobile ordering device (e.g., HMD Global's Nokia 3.4).  Further, the user requests access to NFC Tag information by clicking contents, websites/web address, online services, business car or calling someone from an NFC tag. An appropriate app or website (e.g., commerce data system) will thereby render |

| configured to accept input from a consumer, generate an electronic request with the received information from the wireless identification transmission signal and communicate the request to and receive a response from a commerce data system across a network; | information in response to clicking contents, websites/web address, online services, business car or calling someone from an NFC tag. <br><br>  <br><br> https://www.hmd.com/en_us/support/nokia-3-4-user-guide/nfc |



Smartphones    Feature phones    Tablets    Accessories    Offers    For business

**HMD**

# NFC

Get started

Basics

Connect with your friends and family

Camera

Internet and connections

Activate Wi-Fi

Browse the web

Bluetooth®

Explore the world around you. If your phone supports Near Field Communication (NFC), you can tap accessories to connect to them, and tap tags to call someone or open a website. The NFC functionality can be used with some specific services and technologies like tap to pay with your device. These services might not be available in your region. For additional info about the availability of these services, contact your network service provider.

## Get started with NFC

1. Tap Settings › Connected devices › Connection preferences › NFC.
2. Switch NFC on.

Before using NFC, make sure the screen and keys are unlocked.

### Read NFC tags

To read a tag, tap the tag with the NFC area of your phone.

https://www.hmd.com/en_us/support/nokia-3-4-user-guide/nfc

Nokia 3.4 User Guide

## NFC

Explore the world around you. If your phone supports Near Field Communication (NFC), you can tap accessories to connect to them, and tap tags to call someone or open a website. The NFC functionality can be used with some specific services and technologies like tap to pay with your device. These services might not be available in your region. For additional info about the availability of these services, contact your network service provider.

### Get started with NFC

Switch on the NFC features in your phone, and start tapping to share stuff or connect to devices. To see if your phone supports NFC, tap Settings > Connected devices > Connection Preferences.

With NFC, you can:

- Connect to compatible Bluetooth accessories that support NFC, such as a headset or a wireless loudspeaker.
- Tap tags to get more content for your phone, or to access online services.
- Pay with your phone, if supported by your network service provider.

https://www.hmd.com/en_us/support/api/pdf/nokia-3-4-user-guide



The NFC area is on the back of your phone. Tap other phones, accessories, tags or readers with the NFC area.

the mobile ordering device comprising a radio frequency identification reade

radio frequency identification (RFID) tag

1. Tap Settings > Connected devices > Connection preferences > NFC.
2. Switch NFC on.

Before using NFC, make sure the screen and keys are unlocked.

**Read NFC tags**

the advertisement attached with at least one radio frequency identification (RFID) tag

NFC tags can contain info, such as a web address, a phone number, or a business card. The info you want is just a tap away.

To read a tag, tap the tag with the NFC area of your phone.

⚠ **Note**: Payment and ticketing apps and services are provided by third parties. HMD Global does not provide any warranty or take any responsibility for any such apps or services including support, functionality, transactions, or loss of any monetary value. You may need to reinstall and activate the cards you have added as well as the payment or ticketing app after repair of your device.

https://www.hmd.com/en_us/support/api/pdf/nokia-3-4-user-guide

# Near Field Communication Technology Standards

When developing near field communication devices and new technology, NFC standards must be met. Standards exist to ensure all forms of near field communication technology can interact with other NFC compatible devices and will work with newer devices in the future. Two major specifications exist for NFC technology: ISO/IEC 14443 and ISO/IEC 18000-3. The first defines the ID cards used to store information, such as that found in NFC tags. The latter specifies the RFID communication used by NFC devices.

ISO/IEC 18000-3 is an international standard for all devices communicating wirelessly at the 13.56MHz frequency using Type A or Type B cards, as near field communication does. The devices must be within 4cm of each other before they can transmit information. The standards explain how a device and the NFC tag it is reading should communicate with one another. The device is known as the interrogating device while the NFC tag is simply referred to as the tag.

http://nearfieldcommunication.org/technology.html

The two devices create a high frequency magnetic field between the loosely coupled coils in both the interrogating device and the NFC tag. Once this field is established, a connection is formed and information can be passed between the interrogator and the tag. The interrogator sends the first message to the tag to find out what type of communication the tag uses, such as Type A or Type B. When the tag responds, the interrogator sends its first commands in the appropriate specification.

The tag receives the instruction and checks if it is valid. If not, nothing occurs. If it is a valid request, the tag then responds with the requested information. For sensitive transactions such as credit card payments, a secure communication channel is first established and all information sent is encrypted.

NFC tags function at half duplex while the interrogator functions at full duplex. Half duplex refers to a device that can only send or receive, but not both at once. Full duplex can do both simultaneously. A NFC tag can only receive or send a signal, while the interrogating device can receive a signal at the same time it sends a command. Commands are transmitted from the interrogator using PJM (phase jitter modulation) to modify the surrounding field and send out a signal. The tag answers using inductive coupling by sending a charge through the coils in it. Meeting theses specifications ensures all NFC devices and tags can communicate effectively with one another.

a radio frequency identification reader configured to transmit a signal to the at least one RFID tag attached with the advertisement and to receive in response from the at least one RFID tag the wireless identification transmission signal

http://nearfieldcommunication.org/technology.html

| | |
|---|---|
| | ISO/IEC 18000-63:2013 specifies the physical and logical requirements for a passive-backscatter, Interrogator-Talks-First (ITF) systems. The system comprises Interrogators, also known as readers, and tags, also known as labels. An Interrogator receives information from a tag by transmitting a continuous-wave (CW) RF signal to the tag; the tag responds by modulating the reflection coefficient of its antenna, thereby backscattering an information signal to the Interrogator. The system is ITF, meaning that a tag modulates its antenna reflection coefficient with an information signal only after being directed to do so by an Interrogator.<br><br>radio frequency identification reader configured to transmit a signal to the at least one RFID tag attached with the advertisement and to receive in response from the at least one RFID tag<br><br>ISO/IEC 18000-63:2013 contains Type C.<br><br>Type C uses PIE in the forward link and a random slotted collision-arbitration<br>https://www.iso.org/standard/59643.html |
| the mobile ordering device in communication with the commerce data system, the commerce data system for receiving and processing the request of the mobile ordering device across | The accused product discloses the mobile ordering device (e.g., HMD Global's Nokia 3.4) in communication with the commerce data system (e.g., appropriate app or websites associated with the contents, websites/web address, online services, business car or calling someone from an NFC tag), the commerce data system (e.g., appropriate app or websites associated with the contents, websites/web address, online services, business car or calling someone from an NFC tag) for receiving and processing the request (e.g., user requesting access to NFC Tag information by clicking the contents, websites/web address, online services, business car or calling someone) of the mobile ordering device (e.g., HMD Global's Nokia 3.4) across the network, and responding to the request (e.g., user requesting access to NFC Tag information by clicking the contents, websites/web address, online services, business car or calling someone) by sending information (e.g., rendering information in response to clicking the contents, websites/web address, online services, business car or calling someone from an NFC tag) to the mobile ordering device (e.g., HMD Global's Nokia 3.4) via the network, the |

| | |
|---|---|
| the network, and responding to the request by sending information to the mobile ordering device via the network, the information associated with the wireless identification transmission signal. | information (e.g., rendering information in response to clicking the contents, websites/web address, online services, business car or calling someone from an NFC tag) associated with the wireless identification transmission signal (e.g., NFC Tag information).<br><br>As shown below, HMD Global's Nokia 3.4 with an NFC feature allows user to read (i.e., processing a wireless request) near field communication (NFC) tags that contain tag information about contents, websites, online services or to call someone (e.g., advertising to consumers a product or service) over a network. The user requests access to NFC Tag information by clicking contents, websites/web address, online services, business car or calling someone from an NFC tag. An appropriate app or website (e.g., commerce data system) will thereby render information in response to clicking contents, websites/web address, online services, business card or calling someone from an NFC tag. |



https://www.hmd.com/en_us/support/nokia-3-4-user-guide/nfc



Smartphones    Feature phones    Tablets    Accessories    Offers    For business

**HMD**

Get started

Basics

Connect with your friends and family

Camera

Internet and connections

Activate Wi-Fi

Browse the web

Bluetooth®

## NFC

Explore the world around you. If your phone supports Near Field Communication (NFC), you can tap accessories to connect to them, and tap tags to call someone or open a website. The NFC functionality can be used with some specific services and technologies like tap to pay with your device. These services might not be available in your region. For additional info about the availability of these services, contact your network service provider.

### Get started with NFC

1. Tap Settings › Connected devices › Connection preferences › NFC.
2. Switch NFC on.

Before using NFC, make sure the screen and keys are unlocked.

### Read NFC tags

To read a tag, tap the tag with the NFC area of your phone.

https://www.hmd.com/en_us/support/nokia-3-4-user-guide/nfc

## NFC

Explore the world around you. If your phone supports Near Field Communication (NFC), you can tap accessories to connect to them, and tap tags to call someone or open a website. The NFC functionality can be used with some specific services and technologies like tap to pay with your device. These services might not be available in your region. For additional info about the availability of these services, contact your network service provider.

a radio frequency identification reader configured to transmit a signal to the at least one RFID tag

response from the at least one RFID tag

**Get started with NFC**

Switch on the NFC features in your phone, and start tapping to share stuff or connect to devices. To see if your phone supports NFC, tap Settings > Connected devices > Connection Preferences .

With NFC, you can:

- Connect to compatible Bluetooth accessories that support NFC, such as a headset or a wireless loudspeaker.
- Tap tags to get more content for your phone, or to access online services.
- Pay with your phone, if supported by your network service provider.

The NFC area is on the back of your phone. Tap other phones, accessories, tags, or readers with the NFC area.

https://www.hmd.com/en_us/support/api/pdf/nokia-3-4-user-guide

The NFC area is on the back of your phone. Tap other phones, accessories, tags or readers with the NFC area.

the mobile ordering device comprising a radio frequency identification reade

radio frequency identification (RFID) tag

1. Tap Settings > Connected devices > Connection preferences > NFC.

2. Switch NFC on.

Before using NFC, make sure the screen and keys are unlocked.

**Read NFC tags**

the advertisement attached with at least one radio frequency identification (RFID) tag

NFC tags can contain info, such as a web address, a phone number, or a business card. The info you want is just a tap away.

To read a tag, tap the tag with the NFC area of your phone.

⚠ **Note**: Payment and ticketing apps and services are provided by third parties. HMD Global does not provide any warranty or take any responsibility for any such apps or services including support, functionality, transactions, or loss of any monetary value. You may need to reinstall and activate the cards you have added as well as the payment or ticketing app after repair of your device.

https://www.hmd.com/en_us/support/api/pdf/nokia-3-4-user-guide