IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **Payvox LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HMD AMERICA, INC. ,**<br><br>Defendant. | Case No. 1:24-cv-20725-DPG |

NOTICE OF FILING PROPOSED SUMMONS

Plaintiff hereby files this Notice of Filing Proposed Summons with the Summons attached herein after successfully submitting an electronic payment for the filing fee in this matter.

Dated: February 29, 2024

Respectfully submitted,

/s/ Terry M. Sanks, Esquire
Terry M. Sanks, Esquire
Beusse Sanks
157 E. New England Ave., Suite 375
Winter Park, FL 32789
407-644-8888
tsanks@firstiniplaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Payvox LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 29, 2024 via the Court's CM/ECF system.

/s/ Terry M. Sanks, Esquire
Terry M. Sanks, Esquire